IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY K. BOGGS, <br><br> Plaintiff, <br><br> v. <br><br> CAPTAIN TERRA, SUPERINTENDENT WENEROWICZ, MARY CANINO, AARON SIVERA, DEPUTY GEORGE ONDREJKA, CAPTAIN SPAGNOLETTI, ROBIN LEWIS, DEPUTY LANE and MICHAEL BELL, <br><br> Defendants. | CIVIL ACTION <br> NO. 15-1336 |

### ORDER

**AND NOW**, this 28th day of March, 2016, upon consideration of Plaintiff's Amended Complaint, Defendants' Motion to Dismiss (Docket No. 19), and all exhibits thereto, as well as Plaintiff's "Motion for Curative Amendment in Opposition to Defendant's Motion to Dismiss" (Docket No. 20), "Motion to Supplement Add and Correct Plaintiff's Amended Complaint" (Docket No. 21), "Plaintiff's Supplement to Amended Complaint" (Docket No. 22), and "Motion for Permission to Add or Amend" (Docket No. 23), it is hereby **ORDERED** as follows:

1. Plaintiff's "Motion for Curative Amendment in Opposition to Defendant's Motion to Dismiss" (Docket No. 20) is **GRANTED** only to the extent it seeks to respond to Defendants' Motion to Dismiss and supplement Plaintiff's Amended Complaint with the exhibits attached thereto;

2. Plaintiff's Motion for a Preliminary Injunction (Docket No. 10) is **DENIED**;

3. Plaintiff's Motion to Supplement Add and Correct Plaintiff's Amended

2

Complaint (Docket No. 21) is **GRANTED** only to the extent it seeks to amend the amended complaint to include additional information and exhibits;

    4.  Plaintiff's Motion for Permission to Add or Amend (Docket No. 23) is **GRANTED** only to the extent it seeks to amend the amended complaint to include additional information and exhibits;

    5.  Plaintiff's Motion for Appointment of Counsel (Docket No. 24) is **DENIED**;

    6.  Defendants' Motion to Dismiss (Docket No. 19) is **GRANTED**;

    7.  Plaintiff's due process claims are **DISMISSED** with prejudice;

    8.  Plaintiff's retaliation claim is **DISMISSED** without prejudice;

    9.  The Amended Complaint is **DISMISSED**; and

    10. The Clerk of Courts shall close this matter.

                                 **BY THE COURT:**

                                 **/s/ Jeffrey L. Schmehl**
                                 **Jeffrey L. Schmehl, J.**